<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6211**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DERRICK VINCENT REDD,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:97-cr-00006-JCC-1)

———————

Submitted: April 21, 2011        Decided: April 27, 2011

———————

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Derrick Vincent Redd, Appellant Pro Se. Robert Andrew Spencer, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Vincent Redd appeals the district court's order denying his motion filed under 28 U.S.C. § 455(a) (2006). We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Redd, No. 1:97-cr-00006-JCC-1 (E.D. Va. Jan. 6, 2011). We deny Redd's motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED